**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re:**

**Chapter 7**

**Jared Kenyanya,**

**Bankruptcy No. 25-44176**

**Debtor.**

---

# MEMORANDUM OF LAW

---

Mary R. Jensen, Acting United States Trustee for Region 12 ("UST"), through her undersigned attorney, Colin Kreuziger, files this Memorandum of Law in support of the UST's motion to extend time to file complaint under 11 U.S.C. § 727.

## FACTS

The debtor filed a voluntary chapter 11 petition and related documents on December 22, 2025. (*See* Kreuziger Decl., at ¶ 2). The case was converted to chapter 7 on May 1, 2026. (*See id.*, at ¶ 3.) The deadline to object to the debtor's discharge is August 3, 2026. (*See id.*, at ¶ 4.) The meeting of creditors was originally set for June 4, 2026. (*See id.*, at ¶ 5.) The meeting was then rescheduled to June 23, 2026. (*See id.*) The meeting of creditors has not been concluded. (*See id.*)

The UST and the chapter 7 trustee are investigating the debtor's financial affairs, and both requested documents from the debtor at the meeting of creditors. (*See id.*, at ¶ 6.) The debtor has indicated, through counsel, that he needs additional

time to produce responsive documentation. (*See id.*) The debtor, through counsel, has agreed to a sixty-day extension of the deadline to object to discharge. (*See* Kreuziger Decl., Ex. 1.)

**ARGUMENT**

The UST requests that the Bankruptcy Court extend the period of time for her to file an objection to discharge pursuant to Federal Bankruptcy Rule 4004(b): "On motion of any party in interest, after hearing on notice the court may extend for cause the time for filing a complaint objecting to discharge." The motion to extend the period of time to file a complaint to object to the discharge of the debtor must be pending in this case on or before August 3, 2026. Thus, the motion is timely.

An extension of sixty days of the deadline is warranted because the meeting of creditors has not yet been concluded, and parties in interest are typically provided sixty days to object to discharge or file a motion to dismiss after the meeting of creditors. *See* Fed. R. Bankr. P. 4004(a)(1). In addition, the UST and the chapter 7 trustee have outstanding document requests, and the debtor needs additional time to respond to those requests. Finally, the debtor has agreed to an extension of the deadline. The UST needs additional time to complete her review of the case before drawing any conclusions about whether any further legal action is warranted.

***—Remainder of page intentionally left blank—***

For all of those reasons, the UST requests an additional extension of the deadline to object to discharge.

Dated: July 24, 2026

MARY R. JENSEN
ACTING UNITED
STATES TRUSTEE
Region 12

s/ Colin Kreuziger
Colin Kreuziger
Trial Attorney
MN Atty # 0386834
United States Department of Justice
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 334-1360
Colin.Kreuziger@usdoj.gov